**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10   JIMMIE STEPHEN,                          No. C 14-4683 SI (pr)

11               Petitioner,                  **JUDGMENT**

12         v.

13   K. CHAPPELL, Warden; et al.,

14   _____/

15

16         This action is dismissed with prejudice because two of the claims are duplicative and the

     third one cannot be pursued in a habeas action.

17

         IT IS SO ORDERED AND ADJUDGED.

18
     DATED: November 10, 2014                 _____
19                                            SUSAN ILLSTON
                                              United States District Judge
20

21

22

23

24

25

26

27

28